# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144130

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                      SC: 144130
                                                       COA: 299016
                                                       Kalamazoo CC: 2009-000813-FH

THOMAS LOWELL PASCALE,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the October 6, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

d0319

_____
                Clerk